Sue D. KAUZ, alias Mrs. Hannah Butler, Appellant, v. UNITED STATES of America, Appellee.

No. 13690.

United States Court of Appeals
Fifth Circuit.

Dec. 28, 1951.

Joe Creel, A. C. Dressler, Miami, Fla., for appellant.

Ernest L. Duhaime, Asst. U. S. Atty., Miami, Fla., for appellee.

Before HOLMES, BORAH, and STRUM, Circuit Judges.

PER CURIAM.

The judgment appealed from is affirmed.

George D. NOELING, Jr., Appellant, v. UNITED STATES of America, Appellee.

No. 13650.

United States Court of Appeals
Fifth Circuit.

Dec. 28, 1951.

P. Donald DeHoff, Jacksonville, Fla., for appellant.

Ernest L. Duhaime, Asst. U. S. Atty., Miami, Fla., Damon G. Yerkes, Asst. U. S. Atty., Jacksonville, Fla., for appellee.

Before HOLMES, BORAH, and STRUM, Circuit Judges.

PER CURIAM.

The judgment appealed from is affirmed.

Alice McCourt LAMM, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.

No. 12828.

United States Court of Appeals
Ninth Circuit.

Dec. 17, 1951.

Harry R. Horrow, Francis N. Marshall, Claude H. Hogan, Jr. and Thomas E. Haven, all of San Francisco, Cal., for petitioner.

Ellis N. Slack, Acting Asst. Atty. Gen., A. F. Prescott, Morton K. Rothschild and Harry Marselli, Sp. Assts. to Atty. Gen., for respondent.

Before MATHEWS, HEALY and POPE, Circuit Judges.

PER CURIAM.

The decision of the Tax Court is affirmed on the grounds and for the reasons stated in its opinion, 15 T.C. 305.